Michael L. Fazio
michaelfazio@quinnemanuel.com
Anthony P. Alden
anthonyalden@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Phone: (213) 443-3000
Fax: (213) 443-3100

*Attorneys for Third Party
Leonard Green & Partners, L.P.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRAINCHILD SURGICAL DEVICES, LLC, a New York limited liability company, on behalf of themselves and those similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CPA GLOBAL LIMITED, a foreign entity formed under the laws of the Island of Jersey, Channel Islands;<br><br>Defendant. | Case No.: 2:23-mc-00102<br><br>Judge:<br><br>Compl. Filed: May 2, 2021<br>Disc. Cut-Off: July 10, 2023<br>Disc. Motion Cut-Off: August 4, 2023<br>Trial: Not set<br><br>**DECLARATION OF ANTHONY ALDEN IN SUPPORT OF JOINT STIPULATION RE PLAINTIFF'S MOTION TO COMPEL NON-PARTY LEONARD GREEN & PARTNERS, L.P. TO COMPLY WITH SUBPOENA**<br><br>**DISCOVERY MATTER**<br>Date:<br>Time:<br>Courtroom:<br><br>[Filed concurrently: Joint Stipulation Re Plaintiff's Motion to Compel Non-Party Leonard Green & Partners L.P. to Comply with Subpoena] |

I Anthony Alden, declare as follows:

1. I am member of the Bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Leonard Green & Partners, LLP ("Leonard Green"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Memorandum of Law in Support of Plaintiff's Motion for Issuance of a Request for International Judicial Assistance (Letter of Request) from the United Kingdom of Great Britain and Northern Ireland to Produce Evidence and Provide Testimony, filed in the underlying action, *Brainchild Surgical Devices, LLC v. CPA Global Limited*, Case No. 1:21-cv-00554-RDA-LRV (E.D. Va.), Dkt. No. 65.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the transcript of the May 26, 2023 hearing before the Honorable Lindsey R. Vaala in connection with the underlying action, *Brainchild Surgical Devices, LLC v. CPA Global Limited*, Case No. 1:21-cv-00554-RDA-LRV. Leonard Green will provide the entire transcript if so requested.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's June 14, 2023 Rule 30(b)(6) Notice of Deposition of Defendant CPA Global Limited, served in connection with the underlying action, *Brainchild Surgical Devices, LLC v. CPA Global Limited*, Case No. 1:21-cv-00554-RDA-LRV (E.D. Va.).

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Court's May 26, 2023 Order, entered in the underlying action, *Brainchild Surgical Devices, LLC v. CPA Global Limited*, Case No. 1:21-cv-00554-RDA-LRV (E.D. Va.), Dkt. No. 75.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the July 17, 2023 Consent Order Granting Join Motion to Extend Certain Deadlines, entered in the underlying action, *Brainchild Surgical Devices, LLC v. CPA Global Limited*, Case No. 1:21-cv-00554-RDA-LRV (E.D. Va.), Dkt. No. 145.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff's First Set of Requests for Production of Documents and Things to Defendant CPA Global Limited, dated February 14, 2023, served in connection with the underlying action, *Brainchild Surgical Devices, LLC v. CPA Global Limited*, Case 1:21-cv-00554-RDA-LRV (E.D. Va.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 21, 2023

By _____
Anthony P. Alden