1  Ryan B. Abbott
   ryan@bnsklaw.com
2  Ethan J. Brown
   ethan@bnsklaw.com
3  Geoffrey A. Neri
   Geoff@bnsklaw.com
4  Brown Neri Smith & Khan, LLP
5  11601 Wilshire Blvd., Ste. 2080
   Los Angeles, CA 90025
6  T: (310) 593-9890
7  F: (310) 593-9980

8
   *Attorneys for Plaintiff,*
9  Brainchild Surgical Devices, LLC

10
                **UNITED STATES DISTRICT COURT**
11
        **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
12

| | |
|---|---|
| 13  BRAINCHILD SURGICAL DEVICES, LLC, a New York limited liability company, on behalf of themselves and those similarly situated; | Case No. 2:23-mc-00102<br>Judge: TBD<br><br>Compl. Filed: May 2, 2021<br>Disc. Cut-Off:  July 10, 2023<br>Disc. Motion Cut-Off: August 11, 2023<br>Pre-trial conference date: Not set<br>Trial: Not set |
| Plaintiff,<br><br>v.<br><br>CPA GLOBAL LIMITED, a foreign entity formed under the laws of the Island of Jersey, Channel Islands;<br><br>Defendant. | **[PROPOSED] ORDER RE PLAINTIFF'S MOTION TO COMPEL NON-PARTY LEONARD GREEN & PARTNERS, LP TO COMPLY WITH SUBPOENA**<br><br>**DISCOVERY MATTER**<br><br>Date: August 11, 2023<br>Time: TBD<br>Courtroom: TBD<br><br>[Filed concurrently: Notice of and Motion to Compel Compliance; Joint Stipulation; Declarations of Ryan Abbott, Anthony Alden and Andrew Goldberg] |

[PROPOSED] ORDER

On August 11, 2023, Plaintiff Brainchild Surgical Devices, LLC's Motion to Compel Non-Party Leonard Green and Partners, LP to Comply With Subpoena (the "Motion") came before the Court for hearing. Having considered Plaintiff's and Leonard Green's filings and oral argument, the Court **GRANTS/DENIES** Plaintiff's Motion. The Court further orders as follows:

- Leonard Green shall sit for deposition by _____; all documents shall be produced _____ days prior to the deposition.

Dated: _____           _____
                                     U.S. District Court Judge

[PROPOSED] ORDER

1