UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.   MC 23-00102-MEMF (SKx)                    Date: July 24, 2023

Title      Brainchild Surgical Devices, LLC et al v. CPA Global Limited

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

|                Connie Chung                |                    n/a                     |
| :----------------------------------------: | :----------------------------------------: |
|                Deputy Clerk                |          Court Reporter / Recorder         |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

None present                                 None present

**Proceedings:**      (IN CHAMBERS) **ORDER TRANSFERRING PLAINTIFF'S MOTION TO COMPEL NON-PARTY TO COMPLY WITH SUBPOENA TO THE SUBPOENA-ISSUING COURT (ECF 1)**

        Plaintiff's motion to compel nonparty Leonard Green & Partners to comply with a Rule 45 subpoena issued in the Eastern District of Virginia is ordered transferred to the issuing district court based on Leonard Green's consent to that transfer (ECF 1-1 at 8) as well as the exceptional circumstance of avoiding disruption with the issuing-court's scheduling and substantive orders.  See Fed. R. Civ. P. 45(f).

        The clerk is instructed to transmit plaintiff's motion, the miscellaneous civil docket created here by that motion, and this order to the District Court for the Eastern District of Virginia in Brainchild Surgical Devices, LLC v. CPA Global Limited, Case 1:21-cv-00554-RDA-LRV (E.D. Va.).  The hearing noticed for August 11, 2023 is vacated.

        IT IS SO ORDERED.